IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LEON THOMAS, #04362-095**                                                                 **PETITIONER**

**VERSUS**                                         **CIVIL ACTION NO. 5:07-cv-112-DCB-MTP**

**CONSTANCE REESE, Warden FCI-Yazoo City**                          **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as to the jurisdictional issue only, and without prejudice in all other respects.

SO ORDERED AND ADJUDGED, this the   12th   day of July, 2007.

                                                                  s/David Bramlette
                                                            UNITED STATES DISTRICT JUDGE